# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| KALVIN BISHOP, | : | Nos. 3 and 4 EM 2024 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF PHILADELPHIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of May, 2024, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus and/or Extraordinary Relief" is DENIED.